AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

SEALED

RECEIVED U.S. MARSHALS
2025 NOV 14 AM 11:10

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:25-cr-530-C??-LSG |
| HON NING HO | ) | |
| a/k/a "Mathew Ho" | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* HON NING HO a/k/a "Mathew Ho",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Violate and Violations of Export Control Reform Act, in violation of 50 U.S.C. § 4819 and 15 C.F.R. §§ 736.2, 742.6, and 764.2;
Smuggling, in violation of 18 U.S.C. §§ 554(a) and 2;
Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h); and
Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(2) and 2

Date: 11/14/2025

*Issuing officer's signature*

City and state: Tampa, FL        ELIZABETH WARREN, Clerk, United States District Court — AMPARO MORENO

*Printed name and title*

### Return

This warrant was received on *(date)* 14 Nov 2025, and the person was arrested on *(date)* 19 Nov 2025
at *(city and state)* Tampa, FL.

Date: 19 Nov 2025

*Arresting officer's signature*

Ryan Kitchens - Special Agent
*Printed name and title*