UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA	Case No. 8:25-cr-530-CEH-LSG

v.

HON NING HO,
   a/k/a "Mathew Ho,"
BRIAN CURTIS RAYMOND,
CHAM LI,
   a/k/a "Tony Li," and
JING CHEN,
   a/k/a "Harry Chen"

## MOTION TO UNSEAL

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully moves this Court to unseal the Indictment and other related documents for the above-captioned case. All four named defendants have been arrested.

Respectfully submitted,

GREGORY W. KEHOE

By: _____
Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Marcet@usdoj.gov