UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                Case No. 8:25-cr-530-CEH-LSG

**BRIAN CURTIS RAYMOND,**
    Defendant.
_____/

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, Brian Curtis Raymond, waive my right to be present at my arraignment and plead not guilty to the charges against me. I received a copy of the charging instrument and waive a formal reading. I further waive my right to have my attorney present at the arraignment, and I consent to my attorney participating telephonically. I will participate in discovery as permitted by Rule 16, Federal Rules of Criminal Procedure.

*/s/ Brian Raymond*_____

Brian Curtis Raymond, Defendant


*/s/ Eddie Suarez*_____

Eddie Suarez
Florida Bar No. 0752540
THE SUAREZ LAW FIRM, P.A.

1011 West Cleveland Street
Tampa, FL 33606
Telephone: (813) 229-0040
esuarez@suarezlawfirm.com

/s/ Sara Mieczkowski

Sara Mieczkowski
Florida Bar No. 85143
THE SUAREZ LAW FIRM, P.A.
1011 West Cleveland Street
Tampa, FL 33606
Telephone: (813) 229-0040
sara@suarezlawfirm.com


Date: December 10, 2025

# CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

    I accept the defendant's waiver of their presence and the presence of their attorney at the arraignment and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

_____
UNITED STATES MAGISTRATE JUDGE

Date: 12/10/25

# CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Eddie Suarez*
Eddie Suarez
Florida Bar No. 0752540
The Suarez Law Firm, P.A.

*/s/ Sara Mieczkowski*
Eddie Suarez
Florida Bar No. 85143
The Suarez Law Firm, P.A.