UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No.: 8:25-cr-530-CEH-LSG

BRIAN CURTIS RAYMOND,
_____/

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 2.02, Eddie Suarez (designated lead counsel)

and Sara Mieczkowski of The Suarez Law Firm, P.A. enter this Notice of

Appearance on behalf of Defendant Brian Curtis Raymond. Lead counsel is

designated under Local Rule 2.02(a).

Respectfully submitted,

THE SUAREZ LAW FIRM, P.A.
1011 West Cleveland Street
Tampa, Florida 33606
Telephone: (813) 229-0040
Facsimile: (813) 229-0041

/s/ Eddie Suarez
EDDIE SUAREZ, ESQUIRE
Florida Bar No. 752540
Email: esuarez@suarezlawfirm.com

/s/ Sara Mieczkowski
SARA MIECZKOWSKI, ESQUIRE
Florida Bar No. 85143
Email: sara@suarezlawfirm.com

Attorneys for Defendant