UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:25-cr-530-CEH-LSG | DATE: | December 11, 2025 |
|---|---|---|---|
| **HONORABLE LINDSAY S. GRIFFIN** | | INTERPRETER: | N/A |
| UNITED STATES OF AMERICA v. BRIAN CURTIS RAYMOND | | LANGUAGE: | N/A |
| | | GOVERNMENT COUNSEL | |
| | | DEFENSE COUNSEL | |
| COURT REPORTER: Digital | | DEPUTY CLERK: | Amanda Craig |
| TIME: 8:27 AM – 8:29 AM | TOTAL: 2 MIN | PRETRIAL: | |
| | | COURTROOM: | 12A |

**PROCEEDINGS: ARRAIGNMENT**

Court calls the case.
Defendant filed a waiver that was granted (See Docs.52,53) to waive his appearance as well as that of counsels. A plea of Not Guilty as to all counts and to participate in Discovery as permitted by Rule 16 was requested via the Waiver. The Court grants the Motion and grants the construed Motion for Reciprocal Discovery by USA.
Pretrial Discovery Order to be electronically filed.
Trial set for FEBRUARY 2026 trial term beginning February 2, 2026, at 9:00 a.m. before District Judge Honeywell.
Zoom Status Conference on January 20, 2026, at 9:30 a.m.
Court adjourned.