UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:25-cr-00530-CEH-LSG

HON NING HO, et al.

## MOTION TO WITHDRAW FILING

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, moves to withdraw the RESPONSE to Motion re [42] MOTION for Miscellaneous Relief, specifically District Court Review of Magistrate Judge's Detention Order and Request for Pretrial Release by USA as to Hon Ning Ho (Doc. 59) and the accompanying exhibits (Docs. 59-1 and 59-2), which were filed in error.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ Lindsey N. Schmidt
Lindsey N. Schmidt
Assistant United States Attorney
United States Attorney No. 222
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Lindsey.Schmidt@usdoj.gov

U.S. v. Ho, et al.                                          Case No. 8:25-cr-00530-CEH-LSG

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark J. O'Brien, Esq.

                                          By:   */s/ Lindsey N. Schmidt*
                                          Lindsey N. Schmidt
                                          Assistant United States Attorney
                                          United States Attorney No. 222
                                          400 N. Tampa St., Ste. 3200
                                          Tampa, FL 33602-4798
                                          Telephone: (813) 274-6000
                                          Facsimile: (813) 274-6358
                                          E-mail: Lindsey.Schmidt@usdoj.gov