**RE: Lenovo Modules**

To: mathewj@janfordrllc.com
Date: 2025-05-06 15:29

📩 Summary  ℹ️ Headers

Hey Mathew,

After further internal review, we regret to inform you that NVIDIA has issued an immediate hold on the release of the modules. This action follows recent incidents where similar modules have appeared in unauthorized regions, prompting an active investigation involving federal authorities. We have been made aware that the FBI is directly involved, and this situation is being treated with the utmost seriousness. At this time, releasing the modules without NVIDIA's explicit clearance could result in the loss of our partnership with them, and more critically, may expose us to potential federal charges. This is not a matter of administrative oversight — it carries significant legal risk and liability. Unfortunately, we do not have a timeline for when the modules may be released, as the matter is currently under investigation. We will keep you informed as we receive further guidance. Thank you for your understanding and cooperation during this sensitive time.

Thank,