LSS T# 958570 | Case# TA06EV25TA0001



Today is too cold, 42°F, I will not change my statement, but we need to compare our statements, also, let's see if we can have our lawyer(s) match them up. Let's see how the weather will be tomorrow, see you at *rec*.

1