UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 8:25-CR-530-CEH-LSG |
| : | |
| HON NING HO : | |
| _____ : | |

**DEFENDANT HON NING HO'S**
**NOTICE TO THE COURT REGARDING RECORDS AND CHARACTER LETTER FOR SENTENCING**

COMES NOW, the Defendant, HON NING HO, by and through his undersigned counsel, and respectfully files this his notice to the court regarding his records and character letters for sentencing and in support states as follows:

1. Attached please find medical information, records of achievement, and a character letter in support of the Defendant. The information in these documents is referenced in the Defendant's motion for release; the attached records and letter serve only as documentation of information in the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on December 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will then send notice of electronic filing to all counsel of record.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
D:   (813) 228-6989
E:   mjo@markjobrien.com
