| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Online Money Tips | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Overview of the Americans with Disabilities Act Topic 1: Overview of the ADA (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.03 | 0.25 | Passed | 0 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Overview of the Americans with Disabilities Act Topic 2: Reasonable Accommodations (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.03 | 0.25 | Passed | 100 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: ADHD (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.05 | 0.50 | Passed | 90 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Art and Sensory Experiences that Foster Creativity (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.08 | 0.75 | Passed | 89 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Autism and Bullying (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.08 | 0.75 | Passed | 89 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Children's Temperament: A Practical Approach to Meeting Individual Needs (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Coping with Crying (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 27, 2025 | 0.05 | 0.50 | Passed | 80 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Cultural Competency for Children and Families (Corrections) | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.05 | 0.50 | Passed | 100 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Cyberbullying (Corrections) | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.08 | 0.75 | Passed | 100 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Down Syndrome (Corrections) | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.08 | 0.75 | Passed | 89 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Dyslexia (Corrections) | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.08 | 0.75 | Passed | 86 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Stop Bullying (Corrections) | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.08 | 0.75 | Passed | 100 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Strategies for Dealing with Anger (Corrections) | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.08 | 0.75 | Passed | 90 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Supporting Children and Families Through Transitions (Corrections) | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.03 | 0.33 | Passed | 100 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Supporting Growth Mindset and Self-Efficacy (Corrections) | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.05 | 0.50 | Passed | 80 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Supporting Self-Awareness and Self-Management (Corrections) | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.08 | 0.75 | Passed | 100 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Supporting Social Awareness and Interpersonal Skills (Corrections) | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.08 | 0.75 | Passed | 80 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Youth Development Trends: Focus on Older Youth (Corrections) | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.13 | 1.25 | Passed | 81 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Preventing Needlesticks and Other Sharps Injuries | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.1 | 1.00 | Passed | 80 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Preventing Slips, Trips and Falls: A Training Program for Small Business (Corrections) | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.07 | 0.67 | Complete | 0 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Resume Writing | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.15 | 1.50 | Passed | 86 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Safety Communication and Training Techniques | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.15 | 1.50 | Passed | 100 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Sexual Harassment Prevention for Employees (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.1 | 1.00 | Passed | 80 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Songwriting 101 — With Damien Horne | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0 | 1.00 | Passed | 0 | 50 | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The NoFEAR Act (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.03 | 0.25 | Passed | 80 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Understanding the Basic Concepts of HIPAA | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.08 | 0.75 | Passed | 100 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Wellness Programs (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.05 | 0.50 | Passed | 80 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Workplace Basics | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.1 | 1.00 | Passed | 80 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Write Your First Song — With Steve Poltz | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0 | 1.00 | Passed | 0 | 50 | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |



# CYPHERWORX

Certifies that

# HON HO

has successfully completed

## Parenting: Down Syndrome (Corrections)

on

November 27, 2025

Clock Hours: 0.75
CEUs Earned: 0.08





Paul W. Cypher, President & CEO,
CypherWorx, Inc.





CYPHERWORX

Certifies that

**HON HO**

has successfully completed

**12-Step Recovery Programs**

on

November 25, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO, CypherWorx, Inc.






**CYPHERWORX**

Certifies that

# HON HO

has successfully completed

**A Student Guide to Drug and Alcohol Abuse**

on

November 27, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.



CYPHERWORX

Certifies that

# HON HO

has successfully completed

Accessibility

on

December 1, 2025

Clock Hours: 0.50
CEUs Earned: 0.05







Paul W. Cypher, President & CEO,
CypherWorx, Inc.






CYPHERWORX

Certifies that

# HON HO

has successfully completed

## Adapting to Change

on

November 28, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.






CYPHERWORX

Certifies that

**HON HO**

has successfully completed

Adult and Child CPR (Corrections)

on

November 24, 2025

Clock Hours: 2.00
CEUs Earned: 0.2

Paul W. Cypher, President & CEO, CypherWorx, Inc.

Transcript for HON HO

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Step Recovery Programs | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.15 | 1.50 | Passed | 80 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.05 | 0.50 | Passed | 0 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Accessibility | E-Learning Course | Dec 1, 2025 | Dec 1, 2025 | 0.05 | 0.50 | Passed | 80 | - | Dec 1, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Active Recovery With The Phoenix | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0 | 1.25 | Passed | 0 | 50 | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.05 | 0.50 | Passed | 0 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Nov 24, 2025 | Nov 24, 2025 | 0.2 | 2.00 | Passed | 80 | - | Nov 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Building Relationships Through Feedback | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.08 | 0.75 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Colleagues and Subordinates | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.05 | 0.50 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Communication Styles and Methods | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.08 | 0.75 | Passed | 86 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: First Impressions and Building Rapport | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.07 | 0.67 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Affordable Care Act (ACA) Basics for Business Owners (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.03 | 0.34 | Passed | 80 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Nov 24, 2025 | Nov 24, 2025 | 0.1 | 1.00 | Passed | 90 | - | Nov 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | Nov 24, 2025 | Nov 24, 2025 | 0.08 | 0.75 | Passed | 0 | 80 | Nov 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Asbestos Safety Awareness | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Computer Skills | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.15 | 1.50 | Passed | 80 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic First Aid | E-Learning Course | Nov 24, 2025 | Nov 24, 2025 | 0.1 | 1.00 | Passed | 90 | - | Nov 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Spanish Skills | E-Learning Course | Nov 24, 2025 | Nov 24, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Becoming Tech Savvy | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.15 | 1.50 | Passed | 80 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Bed Bug Protection Tips | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.05 | 0.50 | Passed | 100 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning a New Career | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.05 | 0.50 | Passed | 80 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning Graphic Design | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.08 | 0.75 | Passed | 89 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beyond Email | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.1 | 1.00 | Passed | 88 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Bloodborne Pathogens and HIV (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.1 | 1.00 | Passed | 95 | 75 | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Business Accounting: Accounting for Inventory | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Communication | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Critical Thinking and Information Analysis | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.13 | 1.34 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Bystander Intervention Training | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.1 | 1.00 | Passed | 90 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Canva | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.08 | 0.75 | Passed | 100 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Career Experiences | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.2 | 2.00 | Passed | 0 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Career Exploration | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.08 | 0.75 | Passed | 100 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Career Planning and Salary | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Career Readiness (Version 1) | Learning Path | | | - | - | Completed | - | - | Nov 29, 2025 | | |
| Careers Without College | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Firefighter Rehab Operations | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 1: Disaster Preparedness | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 2: Organization | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.08 | 0.75 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 3 and 4: Disaster Medical Operations | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.15 | 1.50 | Passed | 89 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 5: Disaster Psychology | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.08 | 0.75 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 6: Fire Safety and Utility Controls | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 7: Light Search & Rescue Operations | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Chainsaw Safety | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.05 | 0.50 | Passed | 90 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Child Abuse Prevention and Awareness for Supervisors and Managers (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.15 | 1.50 | Passed | 90 | 80 | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Choosing the Best Solution | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.15 | 1.50 | Passed | 85 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cognitive Awareness | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.1 | 1.00 | Passed | 0 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Combating Sexual Harassment in the Workplace (Corrections) | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.1 | 1.00 | Passed | 0 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Computer Basics | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.2 | 2.00 | Passed | 100 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Computer Science | E-Learning Course | Nov 24, 2025 | Nov 24, 2025 | 0.05 | 0.50 | Passed | 80 | - | Nov 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Conflicts of Interest (Corrections) | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest: Topic 1 (Corrections) | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | * | * | Passed | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest: Topic 2 (Corrections) | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | * | * | Passed | 100 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Hazard Identification Plan | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.05 | 0.50 | Passed | 80 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Incident Investigation Procedure | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.05 | 0.50 | Passed | 80 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Leadership Commitment to Operational Safety | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.03 | 0.25 | Passed | 80 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: OSHA Inspections | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.05 | 0.50 | Passed | 80 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: PPE | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.08 | 0.75 | Passed | 100 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Safety Inspection Procedure | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.05 | 0.50 | Passed | 100 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Worker Rights Anti-Retaliation | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.03 | 0.25 | Passed | 90 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Workplace Safety Employee Engagement | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.05 | 0.50 | Passed | 80 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Workplace Safety Rules Hazard Control | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.03 | 0.25 | Passed | 100 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cover Letters | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.1 | 1.00 | Passed | 80 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Critical Thinking and Decision-Making | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Digital Media Literacy | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.15 | 1.50 | Passed | 80 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Domestic Abuse Awareness | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.2 | 2.00 | Passed | 91 | 80 | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Driving Safety Off-Road Vehicles | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.15 | 1.50 | Passed | 92 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Effective Health and Safety Committees | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Egress, Fire Prevention, & Fire Protection | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.07 | 0.65 | Passed | 100 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Electrical Safety | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.08 | 0.75 | Passed | 100 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Electrical Safety for the Non-Electrical Skilled Worker | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.03 | 0.25 | Passed | 80 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Electricity | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Elements of an Effective Safety and Health Program | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Email Basics | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.1 | 1.00 | Passed | 80 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Emergency First Aid | E-Learning Course | Nov 24, 2025 | Nov 24, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Employment | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.15 | 1.50 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Equal Opportunity 101 (Corrections) | E-Learning Course | Nov 24, 2025 | Nov 24, 2025 | 0.02 | 0.17 | Passed | 100 | - | Nov 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Ergonomics | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.08 | 0.75 | Passed | 100 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Fire Evacuation Training | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.03 | 0.33 | Passed | 90 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Freelance Work | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.05 | 0.50 | Passed | 100 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Freelancing 101 | E-Learning Course | Nov 25, 2025 | Nov 25, 2025 | 0.13 | 1.25 | Passed | 91 | - | Nov 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Heat Illness | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.08 | 0.75 | Passed | 86 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Honest Jobs | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.03 | 0.25 | Passed | 0 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Incident Command System (ICS) Overview for Executives and Senior Officials | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.2 | 2.00 | Passed | 100 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Incident Command System ICS-100 | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.05 | 0.50 | Passed | 90 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Incipient Stage Fire Extinguisher Education | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.05 | 0.50 | Passed | 90 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Internet Safety | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.1 | 1.00 | Passed | 90 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Internet Tips | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.05 | 0.50 | Passed | 100 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Interviewing Skills | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction to Gmail | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.1 | 1.00 | Passed | 88 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Job Applications | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Job Search and Networking | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.15 | 1.50 | Passed | 100 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Job Success | E-Learning Course | Nov 29, 2025 | Nov 29, 2025 | 0.1 | 1.00 | Passed | 100 | - | Nov 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Learning Tips: How to Enjoy Learning | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.05 | 0.50 | Passed | 100 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Machine Guarding and Amputation Hazards | E-Learning Course | Nov 28, 2025 | Nov 28, 2025 | 0.1 | 1.00 | Passed | 80 | - | Nov 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Stress | E-Learning Course | Nov 26, 2025 | Nov 26, 2025 | 0.1 | 1.00 | Passed | 0 | - | Nov 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Money Basics | E-Learning Course | Nov 24, 2025 | Nov 24, 2025 | 0.2 | 2.00 | Passed | 86 | - | Nov 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| NIEHS Driving Hazard Awareness | E-Learning Course | Nov 27, 2025 | Nov 27, 2025 | 0.02 | 0.17 | Passed | 100 | - | Nov 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |