UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

**Case Number: 8:25-cr-530-CEH-lSG**

**UNITED STATES OF AMERICA**

**v.**

**HON NING HO**

**Government's Counsel:**
Joseph Ruddy

**Defendant's Counsel:**
Mark O'Brien, CJA

| | |
|---|---|
| **Judge**: **Charlene Edwards Honeywell** | **Interpreter**: N/A |
| **Date**: December 18, 2025 | **Courtroom**: 13A |
| **Time**: 11:05 A.M. – 12:04 P.M. | **Total**:  59 Minutes |
| **Deputy Clerk**: Gabriella Lobaina | **Court Reporter**: Sharon A. Miller |

**PROCEEDING: MOTION HEARING**

Court in session

Counsel is present and identified for the record.

The Court hears arguments from counsel regarding the pending Motion for District Court Review of Magistrate Judge's Detention Order and Request for Pretrial Release (Dkt. 42).

For the reasons stated on the record, the Court will take the motion under advisement, order to follow.

Court adjourned.